## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 13th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Jessica E. Price, Esquire
Kate M. Bradley, Esquire
*Brouse McDowell*
1001 Lakeside Avenue
Suite 1600
Cleveland, OH 44114

Mary E. Augustine (No. 4477)

619902v1

3